BOSTON SAFE-DEPOSIT & TRUST CO. v. MACKAY et al.

(Circuit Court, S. D. New York. December 20, 1895.)

REMOVAL OF CAUSES—DIVERSE CITIZENSHIP.

Where a citizen of one state commences an action in the state court of another state against three persons, two of whom are citizens of the state where the suit is brought, and one of whom is a citizen of a third state, such citizen of the third state may remove the case to the federal court.

This was an action by the Boston Safe-Deposit & Trust Company against John W. Mackay, E. S. Stokes, and the United Lines Telegraph Company, commenced in a court of the state of New York. The plaintiff was a citizen and resident of the commonwealth of Massachusetts; John W. Mackay, one of the defendants, was a citizen and resident of the state of Nevada; while the two remaining defendants, E. S. Stokes and the United Lines Telegraph Company, were citizens and residents of the state of New York. The defendant Mackay filed a petition and bond for removal to the United States circuit court for the Southern district of New York, and filed a transcript of the record in that court. The plaintiff moved to remand.

Wilson & Wallis, for plaintiff.

William W. Cook, for defendant John W. Mackay.

LACOMBE, Circuit Judge. Motion denied. Garner v. Bank, 66 Fed. 369.

---

BLUMENTHAL et al. v. SHAW.

(Circuit Court of Appeals, Third Circuit. November 6, 1895.)

No. 17.

WRIT OF ERROR—FINAL JUDGMENT—QUESTION NOT RAISED BELOW.

A writ of error was sued out after the time limited by law, and thereafter the plaintiff in error moved in the appellate court to dismiss the same on the ground that no final judgment had been entered in the court below. The record entry in that court was as follows: "Verdict for plaintiff, and his damages assessed at $1,000, besides costs, & judgment accordingly." *Held*, that under the peculiar circumstances of the case the appellate court would not determine the question whether such entry was valid and conclusive of judgment, but would remit the case to the court below in order that it might first have an opportunity to pass upon the question.

In Error to the Circuit Court of the United States for the District of Delaware.

This was an action at law by Mark A. Shaw against Ferdinand Blumenthal and Julian S. Ulmann, trading as F. Blumenthal & Co. There was a verdict for plaintiff in the circuit court, and defendants sued out a writ of error. They now move to dismiss their writ of error on the ground that there is no judgment of the circuit court to which a writ of error could properly be taken.

The record entries of the proceedings in the circuit court, beginning with the trial, were as follows: